# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

ORLANDO MCNEIL,

          Petitioner

          v.

BUCKS COUNTY COURT OF COMMON PLEAS,

          Respondent

: No. 140 MM 2019

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of January, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.